JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN S. OSHIRO, | Case No.: CV 08-07035 SJO (CWx) |
| Plaintiff, | *Honorable S. James Otero* |
| vs. | |
| CITY OF SANTA MONICA, A Public Entity; SANTA MONICA POLICE DEPARTMENT; A Public Agency; TIMOTHY J. JACKMAN, Individually and as Chief of Police; and DOES 1 THROUGH 10, | **ORDER OF DISMISSAL** |
| Defendants. | |

The parties, Plaintiff DEAN S. OSHIRO and Defendants CITY OF SANTA MONICA, SANTA MONICA POLICE DEPARTMENT and TIMOTHY J. JACKMAN, having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that the above-captioned action be dismissed with prejudice.

DATED: __September 25, 2009

_____
Honorable S. James Otero
United States District Judge

No. CV08-07035 SJO (CWx)